## R. L. SMITH v. STATE.
### 6 Div. 512.

Court of Appeals of Alabama.
Sept. 27, 1933.

BRICKEN, Presiding Judge.
Appeal abated by death of appellant.

## Stanley SMITH v. STATE.
### 8 Div. 834.

Court of Appeals of Alabama.
Oct. 31, 1933.

W. A. Barnett, of Florence, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

## Willis Herman SMITH v. STATE.
### 2 Div. 519.

Court of Appeals of Alabama.
Nov. 8, 1932.

BRICKEN, P. J.
Affirmed.

## Robert SMITHERMAN v. STATE.
### 2 Div. 512.

Court of Appeals of Alabama.
March 28, 1933.

BRICKEN, Judge.
Appeal dismissed.

## SOUTHERN BUILDING & LOAN ASSOCIATION v. N. E. GILCHRIST.
### 7 Div. 933.

Court of Appeals of Alabama.
Jan. 12, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

## SOUTHERN BUILDING & LOAN ASSOCIATION v. D. L. JONES et al.
### 7 Div. 932.

Court of Appeals of Alabama.
Jan. 12, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

## SOUTHERN LIFE & HEALTH INS. CO. v. Horace DAVIS.
### 6 Div. 288.

Court of Appeals of Alabama.
June 6, 1933.

Cabaniss & Johnston, of Birmingham, for appellant.

Ewing, Trawick & Clark, of Birmingham, for appellee.

SAMFORD, Judge.
Appeal dismissed by appellant.